UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 3:24-cr-233-HES-PDB
33 U.S.C. § 1908(a)
18 U.S.C. § 2

AVIN INTERNATIONAL LTD and
KRITI RUBY SPECIAL
MARITIME ENTERPRISE

## INFORMATION

The United States Attorney for the Middle District of Florida and the Assistant Attorney General for the Environment and Natural Resources Division of the U.S. Department of Justice charge:

### COUNT ONE
### (Failure to Maintain Records)

From at least as early as on or about May 22, 2022, through on or about May 27, 2022, at the Port of Jacksonville, in the Middle District of Florida, and elsewhere, the Defendants,

AVIN INTERNATIONAL LTD, and
KRITI RUBY SPECIAL MARITIME ENTERPRISE,

by and through the acts of their agents and employees, who were acting within the scope of their agency and employment, and with the intent to benefit the Defendants,

at least in part, knowingly failed to maintain, and caused the failure to maintain, an accurate Oil Record Book for the Motor Tanker Kriti Ruby as prohibited by Title 33, Code of Federal Regulations, Section 151.25.

In violation of 33 U.S.C. § 1908(a) and 18 U.S.C. § 2.

ROGER B. HANDBERG
United States Attorney

By: *[signature]*
JOHN CANNIZZARO
Assistant United States Attorney

By: *[signature]*
MICHAEL J. COOLICAN
Assistant United States Attorney
Deputy Chief, Jacksonville Division

TODD KIM
Assistant Attorney General

By: *[signature]*
LAUREN D. STEELE
Trial Attorney

2