UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                        CASE NO. 3:24-cr-233-HES-PDB
                                          33 U.S.C. § 1908(a)
AVIN INTERNATIONAL LTD and                18 U.S.C. § 2
KRITI RUBY SPECIAL
MARITIME ENTERPRISE

I, **GREGORY F. LINSIN**, Authorized Corporate Representative for AVIN INTERNATIONAL, and I, **GREGORY F. LINSIN** Authorized Corporate Representative for KRITI RUBY SPECIAL MARITIME ENTERPRISE, are corporations charged with failure to maintain records, in violation of 33 U.S.C. § 1908(a) and 18 U.S.C. § 2, being advised of the nature of the charges, the proposed Information, and of the corporation's rights, hereby waive prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment. Pursuant to Fed. R. Crim. P. 7(b), I will confirm this waiver in open court at arraignment or other hearing.

Furthermore, as corporate representative of the defendant I hereby certify that I am authorized by the defendant corporation to act on its behalf, to waive prosecution by Indictment, to plead guilty to the charge alleged in the Information, and to enter into a plea agreement.

A corporate resolution so empowering me to do so has been duly made and approved by said corporation.

_[signature]_
Authorized Corporate Representative for
AVIN INTERNATIONAL

_[signature]_
Counsel for Defendant

_[signature]_
Authorized Corporate Representative for
KRITI RUBY SPECIAL MARITIME ENT.

_[signature]_
Counsel for Defendant


Before _____
          Judicial Officer

2